**TRUSTEE WRIT**

Paul J. McNally, as he is Trustee
Massachusetts Laborers' Health &
Welfare Fund, et al _____, Plaintiff(s)

C.A. No. 04-12639 RWZ

v.

AG Asbestos, Inc. _____, Defendant(s)

Fleet Small Business Services, Trustee

## SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant AG Asbestos, Inc. of 255 Erving Avenue, Lawrence, MA 01841 are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff Paul J. McNally, as he is Trustee, of Mass. Laborers' H&W Fund; 14 N.E. Executive Prk Suite #200, P.O. Box #4000, Burlington, MA 01803-0900, whose attorney is Anne R. Sills, of Segal, Roitman & Coleman 11 Beacon Street, Suite #500, Boston, MA 02108 may recover in an action brought against the said defendant in this Court to the value of $184,645.14 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on December 16, 2004. This attachment was approved on 1/3, 2005 by The Honorable Rya W. Zobel, in the amount of $184,645.14.

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500 exemption at any one time.

Dated at Boston, Massachusetts, this 5th day of January, 2005.

Tony Anastas, Clerk



**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**

*Suffolk, ss.*

January 20, 2005

I hereby certify and return that on 1/13/2005 at 2:15PM I served a copy of the within Summons to Trustee to the within named Trustee, Fleet Small Business Services, Trustee by giving in hand to S.Austin, Vault Attendant in charge of its business. A copy of the Summons to Trustee with the deputy's endorsement thereon, was served upon the defendant in the manner provided by Rule 5 of the Rules of Court on 1/20/2005. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($3.00), Attest/Copies ($10.00)
Total Charges $49.00

Deputy Sheriff   John Cotter                                    *Deputy Sheriff*

0500087a