*Commonwealth of Massachusetts*

*Suffolk, ss.*  *Civil Action No. 04-12639 RWZ*

*Paul J. McNally, as he is Trustee of MA Laborers' Health & Welfare Fund, et al*

*Plaintiff(s)*

*vs.*  *Answer of the Garnishee*
*Fleet National Bank*

*AG Asbestos, Inc.*

*Defendant(s)*

*and*

*Fleet National Bank*

*Trustee*

---

*And now the Fleet National Bank, a national banking association summoned as trustee of the defendent(s) in the above-entitled action, appears Sandra Allen authorized official, who makes an answer that at the time of service the plaintiff's writ upon it, Fleet National Bank is holding $15,505.87 in the name of AG Asbestos.*

Signed under the pains and penalties of perjury.

Fleet National Bank

By: [signature] Date: 1/24/05
Sandra Allen
Legal Order Processing
5701 Horatio Street
Utica, NY 13502