AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,

          Plaintiffs

V.

AG Asbestos, Inc.,

          Defendant

and

Fleet Small Business Services,

          Trustee

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 12639 RWZ**

TO: (Name and address of defendant)

    AG Asbestos, Inc.
    255 Erving Avenue
    Lawrence, MA  01841

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Anne R. Sills, Esquire
    Segal, Roitman & Coleman
    11 Beacon Street
    Suite #500
    Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DEC 1 6 2004
DATE

# RETURN OF SERVICE

Ser
NAME C      **Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590
Ch          *Essex, ss.*
                                                                February 7, 2005

☐   I hereby certify and return that on 2/3/2005 at 4:48PM I served a true and attested copy of the summons, exhibits A, B, & C; summons to trustee(copy of), and complaint for delinquent contributions in this action in the following manner: To wit, by delivering in hand to Gina Guzman, manager, agent, person in charge at the time of service for AG Asbestos Inc, 60B Brook Street, Lawrence MA 01841. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($1.00), Copies ($5.00) Total Charges $51.90

☐   Deputy Sheriff   Trevor Fraser                                  *TZFraser*
                                                                 Deputy Sheriff

☐   Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                    Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure