UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. MCNALLY ET AL
        Plaintiff

V.

                                    CIVIL ACTION: 04CV12639-RWZ

AG ASBESTOS, INC.
        Defendant

## **NOTICE OF DEFAULT**

Upon application of the plaintiff PAUL J. MCNALLY, for an order of default for failure of the defendant AG ASBESTOS, INC., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 18TH day of MAY, 2005.

                                      By the Court,

                                      ___s/ Lisa A. Urso
                                          Deputy Clerk

Notice mailed to:
Plaintiff's counsel & deft.

```
default.ntc
```