## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS' HEALTH AND
WELFARE FUND and NEW ENGLAND LABORERS'
TRAINING TRUST FUND; JAMES MERLONI, JR.,
as he is TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL
SERVICES FUND; MARTIN F. WALSH, as he is
TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND,

        Plaintiffs

       vs.

AG ASBESTOS, INC.,

        Defendant

       and

FLEET SMALL BUSINESS SERVICES,

        Trustee

C.A. No. 04-12639 RWZ

## AFFIDAVIT OF THOMAS MASIELLO AS TO
## MILITARY SERVICE, INFANCY AND INCOMPETENCE

1.     My name is Thomas Masiello.  I am the Administrator of the Massachusetts Laborers' Benefit Health and Welfare Fund.

2.     I make this affidavit pursuant to the provisions of the Soldiers' and Sailors' Civil Relief Act.

3.     I have caused careful investigation to be made to ascertain whether AG Asbestos, Inc., the above-named defendant, is within the military service of the United States, and have concluded on the basis of such investigation that it is not.

4.      I have also caused careful investigation to be made to ascertain whether AG Asbestos, Inc. is an infant or incompetent person, and have concluded on the basis of such investigation that it is not.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ____ DAY OF MAY, 2005.


_____
Thomas Masiello