UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>    Plaintiffs<br><br>vs.<br><br>AG ASBESTOS, INC.,<br>    Defendant<br><br>and<br><br>FLEET SMALL BUSINESS SERVICES,<br>    Trustee | C.A. No. 04-12639 RWZ |

## AFFIDAVIT OF ANNE R. SILLS

1. My name is Anne R. Sills. I am a partner with the law firm of Segal, Roitman & Coleman.

2. This firm has been involved in efforts to collect contributions owed the Massachusetts Laborers' Benefit Funds since on or about November 15, 2004. Since that date, we have incurred legal fees of $1,880.00, representing 9.4 hours of work at $200.00 per

hour.  We have also incurred costs of $502.49.

      SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 20th DAY OF MAY, 2005.

                                        /s/ Anne R. Sills
                                        Anne R. Sills, Esquire

ARS/ars&ts
6306 04-485/affsills2-mlbf.doc