UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIRST EXECUTION                                                                 C.A. NO. 04-12639 RWZ

To the United States Marshal for the District of Massachusetts or either of his Deputies and to _____, Special Process Server:

WHEREAS, Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al. have recovered judgment against AG Asbestos, Inc. on the 16th day of June, 2005, for the sum of $185,463.63, which represents $143,596.95 in debt (fund contributions), pre-judgment interest in the amount of $10,764.80, liquidated damages in the amount of $28,719.39, attorneys' fees and costs in the amount of $2,382.49, as to us appears of record, whereof this First Execution remains to be done.

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtors to cause to be paid and satisfied unto the said Judgment Creditors, at the value thereof in money, the aforesaid sums, being a total of $185,463.63, in the whole, with interest thereon at the rate of _3.30_ % from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

Hereof fail not and make due return of this Writ and your doings thereon into the Clerk's Office of our said court, at Boston, Massachusetts, within Twenty (20) years after this Writ has been satisfied or discharged.

Dated this _21st_ day of _July_, 2005.

SARAH A. THORNTON, CLERK

By: _____
Deputy Clerk

GAG/gag&ts
ARS 6306 04-485/execution-first.doc